# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, et al.,<br><br>                  Remaining Debtors.<br>-------------------------------------------------------<br>ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC et al.,<br>                  Plaintiff,<br><br>   v.<br><br>PCB APPS L.L.C.,<br>                  Defendant. | Chapter 11<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proceeding No. 20-50690-BLS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** James Tobia, Esquire, of The Law Office of James Tobia, LLC hereby enters his appearance on behalf of PCB APPS L.L.C., defendant in GIULIANO v. PCB APPS L.L.C, Adversary Proceeding No. 20-50690-BLS with respect to Adversary Proceeding No. 20-50690-BLS only.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served, including but not limited to all notices filed and served in this adversary proceeding, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

| | |
|---|---|
| James Tobia (#3798) | Roland Gary Jones, Esq. |
| *The Law Office of James Tobia, LLC* | 1325 Avenue of the Americas, 28th |
| 1716 Wawaset Street | Floor New York, New York 10019 |
| Wilmington, DE 19806 | Tel: (347) 862-9254 |
| Tel (302) 655-5303 | Fax: (212) 202-4416 |
| Fax (302) 656-8053 | Email: rgj@rolandjones.com |
| Email: jtobia@tobialaw.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

Dated: August 6, 2020

BY:   /s/ James Tobia
James Tobia (#3798)
*The Law Office of James Tobia, LLC*
1716 Wawaset Street
Wilmington, DE 19806
(302) 655-5303
*Attorney for Defendant*

2