## **EXHIBIT A TO ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PCB APPS L.L.C.,<br><br>Defendant. | Adv. Proc. Case No. 20-50690 (BLS) |

**STIPULATION TO TOLL**
**DISCOVERY UNTIL AFTER THE CONCLUSION OF MEDIATION**

Plaintiff Alfred T. Giuliano, (the "Plaintiff"), in his capacity as Chapter 7 Trustee of

Heritage Home Group, LLC *et al*, and the above-captioned defendant (the "Defendant" and

together with the Plaintiff, the "Parties"), hereby agree and stipulate that, in according with the

scheduling order dated _____, 2020, discovery shall be tolled until after the filing

of a mediator's Certificate of Completion pursuant to Local Rule 9019-5(f)(ii).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Dated: _____, 2020

THE LAW OFFICE OF JAMES TOBIA, LLC

PACHULSKI STANG ZIEHL & JONES LLP

By: _____

By: _____

James Tobia (No. 3798)
1716 Wawaset Street
Wilmington, Delaware 19806
Telephone:  (302) 655-5303
Facsimile:  (302) 656-8053

Counsel to Defendant, PCB Apps, LLC

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
Steven W. Golden (TX Bar No. 24099681)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         acaine@pszjlaw.com
         pkeane@pszjlaw.com
         sgolden@pszjlaw.com

Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.

2