**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Heritage Home Group LLC, et al. | : | Case No.: 18-11736(BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Alfred T. Giuliano, Chapter 7 Trustee for Heritage Home Group, LLC, | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Adv. Proc. No.: 20-50690(BLS) |
| PCB Apps LLC., | : | |
| | : | |
| Defendants. | : | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

| | |
|---|---|
| \_\_\_\_\_ | Mediation sessions are scheduled to occur on |
| \_\_\_\_\_ | A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time. |
|   X   | OTHER:  Mediation sessions took place on December 15, 2020.  The mediator continues to work with the parties to resolve the matter. |

Dated: January 19, 2021          */s/ Ian Connor Bifferato*
                                            Ian Connor Bifferato (DE #3273)
                                            The Bifferato Firm P.A.
                                            1007 N. Orange Street, 4th Floor
                                            Wilmington, DE  19801