# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PCB APPS L.L.C.,<br><br>Defendant. | Adv. Proc. Case No. 20-50690 (BLS) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Alfred T. Giuliano, in his capacity as Chapter 7 Trustee of Heritage Home Group, LLC, *et al.*, plaintiff in the above-referenced case, hereby submits this status report pursuant to the *Scheduling Order* [Adv. Docket No. 8].

Attached hereto is the status for the above-referenced case associated with Heritage Home Group, LLC, *et al.*, Case No. 18-11736 (BLS).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Dated: January 21, 2021

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
Steven W. Golden (TX Bar No. 24099681)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
    acaine@pszjlaw.com
    pkeane@pszjlaw.com
    sgolden@pszjlaw.com

*Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.*

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| PCB Apps L.L.C. | 20-50690 | Pursuant to the mediator's (Ian Connor Bifferato, Esq.) report, a mediation session took place on December 15, 2020 and the mediator continues to work with the parties to resolve the matter. |